**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

June 17, 2005

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, Delaware   19801

**RE:   United States v. Austreburto Zurita-Estrada**
       <u>**Criminal Action No. 05-05-GMS**</u>

Dear Judge Sleet:

   This letter is to advise the Court that the government and the defendant, through defense counsel, have reached an agreement under which the defendant will offer a guilty plea in the above captioned case. I am enclosing an unexecuted copy of the Memorandum of Plea Agreement.

   The parties request that the Court schedule a date for a change of plea hearing. I am available at the Court's convenience, with the exception of the period from July 22nd through August 1st.

   Please let me know if the Court requires any further information.

                                         Very truly yours,

                                         COLM F. CONNOLLY
                                         United States Attorney

                                   By:   /s/ Ferris W. Wharton
                                         Ferris W. Wharton (ID# 945)
                                         Assistant United States Attorney

cc: Eleni Kousoulis, Esquire