UNITED STATES DISTRICT COURT
FOR THE District of Delaware
U. S. District Court – District of Delaware

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                                       Case No.: 1:05−cr−00005−GMS
                                                  Honorable Gregory M. Sleet

Austreberto Zurita−Estrada
                        Defendant.

TYPE OF CASE:            Criminal

### NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF HEARING as to Austreberto Zurita−Estrada: Change of Plea Hearing set for 7/12/2005 at 09:00 AM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court − District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

June 22, 2005

                                                          Peter T. Dalleo, Clerk
                                        McDavid, Marie mmm, Deputy Clerk