IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-05 GMS |
| | : |
| AUSTREBERTO ZURITA-ESTRADA | : |

### ORDER TO EXCLUDE TIME

The change of plea hearing in the above-captioned case, scheduled for July 12, 2005, was continued at the request of the defendant. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. The change of plea hearing is rescheduled to August 23, 2005, at 10:00 a.m. before Judge Gregory M. Sleet.

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and August 23, 2005, be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

July __12__, 2005



FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE