# UNITED STATES DISTRICT COURT
## FOR THE District of Delaware
### U. S. District Court – District of Delaware

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:05−cr−00005−GMS
                                         Honorable Gregory M. Sleet

Austreberto Zurita−Estrada

                Defendant.

TYPE OF CASE:              Criminal

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF RESCHEDULING OF SENTENCING HEARING as to Austreberto Zurita−Estrada: Sentencing RESCHEDULED to 11/21/2005 at 02:00 PM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm)

**PLACE**
U. S. District Court − District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801

October 11, 2005

                                                                Peter T. Dalleo, Clerk
                                                 McDavid, Marie mmm, Deputy Clerk